# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jasser Zaabri | Case Matter:  0:22-cv-01716-PJS-DTS |
| Plaintiff(s), | |
| v. | ***RULE 41.01 DISMISSAL WITHOUT PREJUDICE*** |
| Magis, LLC, Magis Construction, LLC, Double G Construction Corporation, Elysian Construction, LLC, Christopher Abdul-Haqq, Michael Antonello, Gabriel Grosso, Robert Palmiere, Salvatore Mule, Nate Moen, and Steve Haqq. | |
| Defendants. | |

Pursuant to Rule 41.01(a) of the Federal Rules of Civil Procedure, Plaintiff Jasser Zaabri hereby dismisses the above-captioned action without prejudice. Dismissal without prejudice under Rule 41.01(a) is proper because (1) Defendants have not served an answer or a motion for summary judgment and (2) Plaintiff Jasser Zaabri has not previously dismissed an action based on or including similar claims in any court of the United States or of any state. The dismissal is effective upon filing of this Notice of Dismissal and without an order of the Court.

**THE HUTTON FIRM, PLLC**

November 15, 2022

/s/ Lee A. Hutton, III
Lee A. Hutton, III (Atty No. 0327992)
SPS Tower
333 South Seventh Street
Suite 2150
Minneapolis, Minnesota 55402

*Attorneys for Plaintiff*